EAST BATON ROUGE PARISH
Filed Jun 17, 2025 8:14 AM
Deputy Clerk of Court
E-File Received Jun 16, 2025 5:15 PM
C-764578
25

19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

DOCKET NO.                                                                                    DIVISION

KATIE NGUYEN

VERSUS

STATE FARM FIRE AND CASUALTY COMPANY

FILED: _____                    _____
                                                                          DEPUTY CLERK

**PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, KATIE NGUYEN, in the above-entitled action, who files this Petition against the Defendant(s) named herein, and in support thereof, respectfully represents the following:

1.

Plaintiff, KATIE NGYUEN, is a person of the full age of majority and domiciled in the Parish of East Baton Rouge, State of Louisiana.

2.

Made defendant herein is:

Defendant, STATE FARM FIRE AND CASUALTY COMPANY, is a foreign insurance company incorporated under the laws of Illinois and having its principal place of business in the State of Illinois.

3.

Venue is proper in this court pursuant to Louisiana Code of Civil Procedure article 76 because it is the parish where the loss occurred or the insured is domiciled.

4.

Plaintiff owns property located at 15949 Belle Famille Ave., Baton Rouge, LA 70817-4887 (hereinafter, "Property").

5.

Defendant issued a policy of insurance covering Plaintiff's Property, which was in full force and effect at the time of the loss asserted herein. The policy number is believed to be 18B5C3824. All lawful terms of the insurance policy are plead and incorporated by reference.


Certified True and Correct Copy
CertID: 2025061800296

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
6/18/2025 9:36 AM

STATE FARM EXHIBIT A  PAGE 1

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

6.

The policy of insurance requires, in pertinent part, that Defendant provide coverage for property damage rendered to Plaintiff's property, including contents, that is the result of an accident, whether natural in cause or not, and the policy is required to comply with the provisions of Louisiana law.

7.

On or about June 20, 2023, the insured property was damaged directly and/or indirectly due to hail.

8.

As a result thereof, the property requires or will require repairs and replacements, as well as appropriate cleaning and other remedial measures, and potentially additional living expenses incurred. Specifically, Plaintiff has identified damage to the property's roof, living room, kitchen, foyer, dining room, pantry, and hallway.

9.

Plaintiff gave notice to Defendant of such loss and gave Defendant ample opportunity and/or information to fully and accurately adjust Plaintiff's losses and expenses incurred as a result thereof.

10.

Defendant assigned claim number 1861K274H to identify the loss.

11.

To date, Defendant has not fulfilled its obligations pursuant to the insurance policy. Defendant has also failed to establish that it had reasonable proof that it was not responsible for the payment of insured damages and/or loss under the terms of the contract of insurance at issue and has failed to pay the requested amounts for repairs and/or replacement, plus applicable interest, pursuant to the terms of the policy of insurance.

12.

All conditions precedent to the filing of this action have been complied with, met, or otherwise waived.


Certified True and Correct Copy
CertID: 2025061800296

Kinsie Burson
East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
6/18/2025 9:36 AM

STATE FARM EXHIBIT A  PAGE 2

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

### FIRST CAUSE OF ACTION: BREACH OF CONTRACT

13.

Paragraph 1-12 of this Petition and the allegations contained therein are incorporated as though fully copied herein in extenso.

14.

The property insurance covering Plaintiff's property is a valid contract for insurance between Plaintiff and Defendant.

15.

Plaintiff has sustained loss that is covered by the policy, made a claim, and sought recovery for said loss from Defendant under the provisions contained in the policy.

16.

Despite Plaintiff's payment of premiums for insurance protection, and despite the obligations of Defendant to properly adjust all insurance claims and pay for losses caused by storm damage, Defendant failed to perform under the policy.

17.

Defendant has violated the insurance contract conditions setting forth its obligations related to loss adjustment. Defendant has failed to perform under the policy of insurance by:

    a. Not thoroughly investigating the claim;

    b. Not paying the claim despite obvious damages;

    c. Not tendering the proceeds due under the policy in a timely fashion; and

    d. Not acting reasonably under the circumstances.

### SECOND CAUSE OF ACTION: BAD FAITH

18.

Paragraph 1-17 of this Petition and the allegations contained therein are incorporated as though fully copied herein in extenso.

19.

Upon information and belief, despite its having conducted an inspection of Plaintiff's property on January 30, 2024 and April 26, 2024, Defendant has denied, without justification or cause, coverage for all or part of the Plaintiff's damages, and has, in bad faith, inexplicably delayed the issuance of insurance claim payments.


Certified True and Correct Copy
CertID: 2025061800296
East Baton Rouge Parish
Deputy Clerk Of Court
Generated Date: 6/18/2025 9:36 AM
STATE FARM EXHIBIT A  PAGE 3
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

20.

Upon information and belief, despite having gathered facts during its inspection of the subject property sufficient to ascertain the true amount of the loss sustained to Plaintiff's property, Defendant has, without justification or cause, inexplicably delayed issuance of insurance claim payments.

21.

Upon information and belief, Defendant breached the duties of good faith and fair dealing set forth in La. R.S. 22:1892 and 22:1973, including, but not limited to, by:

a. Breaching its affirmative duty to adjust the claim fairly;

b. Failing to pay the amount of the claim within thirty (30) days after receiving satisfactory proof of the loss;

c. Breaching its affirmative duty to make a reasonable effort to settle claims;

d. Arbitrarily, capriciously, or without probable cause failing to pay the amount of the claim due within thirty (30) days after receiving satisfactory proof of the loss;

e. Arbitrarily, capriciously, or without probable cause failing to pay the amount of the claim due within sixty (60) days after receiving satisfactory proof of the loss; and

f. Misrepresenting the cause or scope of the loss.

## DAMAGES

22.

As a result of Defendant's action and/or inaction as set forth above, Plaintiff has sustained substantial losses and other damages to be proven at trial, including penalties and attorney's fees.

23.

Plaintiff claims the following damages:

a. Costs of repairing the Plaintiff's property;

b. General damages;

c. Bad faith damages under La. R.S. 22:1892;

d. Bad faith damages under La. R.S. 22:1973;

e. Bad faith damages under Civil Code Article 1997;

f. Moratory damages under Civil Code Article 2000;

g. Attorney Fees;

h. Court Costs;

-4-


Certified True and Correct Copy
CertID: 2025061800296
East Baton Rouge Parish
Deputy Clerk Of Court
Generated Date:
6/18/2025 9:36 AM
STATE FARM EXHIBIT A  PAGE 4
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

i. Expert and consultant fees; and

j. Other damages to be amended, presented in the Pretrial Order, and/or proven at the trial of this matter.

24.

Upon information and belief, Plaintiff stipulates that the amount in controversy and damages claimed herein and identified in the immediately preceding paragraph do not presently exceed $75,000.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays that the Defendant be served with citation and a copy of this Petition, to appear and answer this Petition for Damages and that after due proceedings, that there be judgment herein in favor of Plaintiff and against Defendant STATE FARM FIRE AND CASUALTY COMPANY in an amount equal to the sum of all the following and be entered herein as follows:

1. Awarding all sums due to Plaintiff under the policy on account of the insured losses arising from damage to the insured property;

2. Awarding all other consequential damages, both foreseeable and unforeseeable, that relate to Defendant's breach of contract, including the costs and attorney's fees incurred in bringing this action;

3. Awarding all applicable statutory penalties, costs, and fees recoverable under La. R.S. 22:1892 and 22:1973;

4. Awarding all costs of these proceedings;

5. Awarding pre-judgment and post-judgment interest from the date of loss until paid or as allowed by law; and

6. Awarding any such other and further relief which the Court deems necessary and proper at law and in equity and that may be just and reasonable under the circumstances of this matter.

*[signature block on next page]*


Certified True and Correct Copy
CertID: 2025061800296

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
6/18/2025 9:36 AM

STATE FARM EXHIBIT A  PAGE 5

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Respectfully Submitted,

AVERILL & REANEY
ATTORNEYS AT LAW LLC

_____
MATTHEW J. AVERILL (LA #37020)
BRIAN G. REANEY, II (LA #38382)
DEMI M. DANTIN (LA #40332)
216 N. Columbia St., Suite A
Covington, LA 70433
Phone: (985) 378-8001
Fax:    (985) 378-8002
Email: maverill@arlawllc.net
Email: breaney@arlawllc.net
Email: ddantin@arlawllc.net
Email: driley@arlawllc.net
Email: jeubanks@arlawllc.net

**PLEASE SERVE:**

STATE FARM FIRE AND CASUALTY COMPANY
Through its registered agent:

Louisiana Secretary of State
Legal Services Section
8585 Archives Ave.
Baton Rouge, LA 70809

-6-


Certified True and Correct Copy
CertID: 2025061800296
East Baton Rouge Parish
Deputy Clerk Of Court
Generated Date: 6/18/2025 9:36 AM
STATE FARM EXHIBIT A  PAGE 6
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

SERVICE COPY



D16954232

# CITATION

| | |
|---|---|
| **KATIE NGUYEN**<br>(Plaintiff) | **NUMBER C-764578 "25"** |
| **VS** | **19TH JUDICIAL DISTRICT COURT** |
| **STATE FARM FIRE AND CASUALTY COMPANY**<br>(Defendant) | **PARISH OF EAST BATON ROUGE**<br>**STATE OF LOUISIANA** |

SERVED ON
NANCY LANDRY

JUN 24 2025

SECRETARY OF STATE
COMMERCIAL DIVISION

TO:  STATE FARM FIRE AND CASUALTY COMPANY
THROUGH AGENT:
LOUISIANA SECRETARY OF STATE

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party. Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court. This citation was issued by the Clerk of Court for East Baton Rouge Parish on **JUNE 18, 2025**.



*Renée Dunson*
*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: REANEY, BRIAN G., II**
*The following documents are attached:

**PETITION FOR DAMAGES**

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.
**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.
**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.
**DUE AND DILIGENT:**  After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.
**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____.

RECEIVED
East Baton Rouge Sheriff Office

JUN 23 2025

SERVICE:$_____
MILEAGE$_____
TOTAL: $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

CITATION-2000

STATE FARM EXHIBIT A  PAGE 7

# State of Louisiana
## Secretary of State

06/25/2025

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

STATE FARM FIRE & CASUALTY COMPANY
STATE FARM INSURANCE COMPANIES
C/O CORPORATION SERVICE COMPANY
450 LAUREL STREET, 8TH FLOOR
BATON ROUGE, LA  70801

Suit No.: 764578
19TH JUDICIAL DISTRICT COURT
EAST BATON ROUGE PARISH

KATIE NGUYEN
vs
STATE FARM FIRE & CASUALTY COMPANY

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

NANCY LANDRY
Secretary of State

Served on:  NANCY LANDRY
Served by:  C PRATER

Date: 06/24/2025
Title:  DEPUTY SHERIFF

No: 1362828



KC

STATE FARM EXHIBIT A  PAGE 8

NANCY LANDRY
SECRETARY OF STATE
P.O. BOX 94125
BATON ROUGE, LA 70804-9125





9489 0090 0027 6692 2854 24

FIRST-CL



STATE FARM EXHIBIT A  PAGE 9



# Notice of Service of Process

**null / ALL**
**Transmittal Number: 31747533**
**Date Processed: 07/01/2025**

| | |
|---|---|
| **Primary Contact:** | State Farm Enterprise SOP<br>Corporation Service Company- Wilmington, DELAWARE<br>251 Little Falls Dr<br>Wilmington, DE 19808-1674 |

| | |
|---|---|
| **Entity:** | State Farm Fire and Casualty Company<br>Entity ID Number  3461650 |
| **Entity Served:** | State Farm Fire and Casualty Company |
| **Title of Action:** | Katie Nguyen vs. State Farm Fire and Casualty Company |
| **Matter Name/ID:** | Katie Nguyen vs. State Farm Fire and Casualty Company (17546426) |
| **Document(s) Type:** | Citation/Petition |
| **Nature of Action:** | Contract |
| **Court/Agency:** | East Baton Rouge Parish District Court, LA |
| **Case/Reference No:** | C-764578-25 |
| **Jurisdiction Served:** | Louisiana |
| **Date Served on CSC:** | 07/01/2025 |
| **Answer or Appearance Due:** | 21 Days |
| **Originally Served On:** | LA SOS on 06/24/2025 |
| **How Served:** | Certified Mail |
| **Sender Information:** | Averill & Reaney Attorneys At Law LLC<br>985-378-8001 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com

STATE FARM EXHIBIT A  PAGE 10